FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUL 12 PM 2: 34

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

JONATHAN VASQUEZ, )
)
    Plaintiff, )
)
v. ) CV 106-50
)
LONG JOHN SILVERS et al., )
)
    Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The complaint in this case is **DISMISSED** and this civil action is **CLOSED**.

SO ORDERED this 12th day of July, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE